# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE KRASAUSKAS, and others,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Case No. 12-cv-05463 NC<br><br>**ORDER TO SHOW CAUSE WHY REMOVAL IS PROPER**<br><br>Re: Dkt. No. 1 |

Defendant American Medical Systems ("AMS") filed a notice of removal on October 22, 2012 based on diversity of citizenship. AMS asserts that removal is timely under 28 U.S.C. § 1446(b) because it did not know in which states plaintiffs reside until it received plaintiffs' responses to a set of special interrogatories on October 8-9, 2012, which asked for plaintiffs' domiciles. Plaintiff Nickol Harsgrave's response to AMS' special interrogatory is dated August 8, 2012. Dkt. No. 1, Ex. D, Tab 10. This is outside the thirty day filing limit for notices of removal imposed by § 1446(b). Accordingly, AMS must show cause why removal is proper under § 1446(b) by November 13, 2012, at 5:00 p.m.

IT IS SO ORDERED.

Date: November 6, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05463 NC
ORDER TO SHOW CAUSE